UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID D. MORRIS | ) |
| | ) |
| Plaintiff, | ) Case No. 4:24-cv-00097 |
| | ) |
| v. | ) |
| | ) |
| JOHNNIE D. BLACKMON, JR., and | ) |
| TWIN LAKE TRUCKING LTD., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Johnnie D. Blackmon, Jr. ("Blackmon") and Twin Lake Trucking, Ltd. ("Twin Lake"), pursuant to 28 U.S.C. §1332, file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, New Albany Division, from the Jackson Superior Court, No. 1, Brownstown, Indiana, and state as follows:

1. Blackmon and Twin Lake are defendants in a personal injury action now pending in the Jackson Superior Court, No. 1 under Cause No. 36D01-2406-CT-0000033.

2. Plaintiff filed his Complaint in the Jackson Superior Court, No. 1 on June 12, 2024.

3. Based upon information provided by the online docket for the Jackson Superior Court, No. 1, Blackmon has not yet been served with a copy of the Summons and Complaint.

4. Based upon information provided by the online docket for the Jackson Superior Court, No. 1, Twin Lake Trucking Ltd was served with a copy of the Summons and Complaint on June 27, 2024, by certified mail.

5. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6. Plaintiff David D. Morris is a citizen of the State of Indiana residing at and domiciled at 860 Wooded Trail, Apt. 6, Scottsburg, IN 47170.

7. Blackmon is a citizen of the State of Illinois, residing and domiciled at 207 N 48th Street, Belleville, IL 62226.

8. Twin Lake is a C corporation organized under the laws of the State of Nevada with its principal place of business at 1 Twin Lake Drive, East Saint Louis, IL 62203.

9. The controversy in this cause of action is entirely between citizens of different states.

10. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that his damages are less than $75,000.00. (See, Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11. Attached hereto as Exhibit B is a complete copy of the state court record, including Plaintiff's Complaint for Damages, Appearance for Plaintiff, Summons to Defendant Johnnie D. Blackmon, Jr., Summons to Defendant Twin Lake Trucking, Ltd., Appearance for Defendants, Defendants' Motion for

Enlargement of Time to Answer Complaint, Order Granting Defendants' Motion for Enlargement of Time to Answer, Motion for Pre-Trial Conference, Motion for Mediation, Motion for Trial Date, Order Granting Motion for Pre-Trial Conference, Return of Service on Twin Lake Trucking.  These documents constitute all of the pleadings and process on file with the Jackson Superior Court, No. 1 as of the date of this filing of this Notice of Removal.

12. Attached hereto as <u>Exhibit C</u> is a separate copy of Plaintiff's Complaint filed on June 12, 2024.

13. Attached hereto as <u>Exhibit D</u> is the current State Court docket.

14. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Jackson Superior Court, No. 1.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

<u>*s/Matthew K. Phillips*</u>
Christopher R. Whitten/#20429-49
Matthew K. Phillips/#28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

    James Hurt, Esq.
    KEN NUNN LAW OFFICE
    104 South Franklin Road
    Bloomington, IN 47404
    jamesh@kennunn.com
    *Counsel for Plaintiff*

                                *s/Matthew K. Phillips*
                                Matthew K. Phillips

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151